# IN THE DISTRICT COURT OF THE UNITED STATES

## *for the Western District of New York*

---

**THE UNITED STATES OF AMERICA**

*-vs-*

**ERIC SIMPSON**
**a/k/a Major Hands**

**OCTOBER 2024 GRAND JURY**
**(Impaneled 10/25/24)**

**INDICTMENT**

**Violations:**

Title 18, United States Code, Sections 1952(a)(3) and 2.

(1 Count)

## INTRODUCTION

At all times relevant to this Indictment:

1. The defendant, **ERIC SIMPSON, a/k/a Major Hands**, ("**SIMPSON**") was a public-school teacher based in Rochester, New York, within the Western District of New York, who lived at 2411 Canandaigua Road, Macedon, New York ("2411 Canandaigua Road").

2. **SIMPSON** maintained and used 2411 Canandaigua Road as a location where commercial sex workers met with customers and engaged in commercial sex transactions.

3. **SIMPSON** regularly promoted, managed, and carried on prostitution parties at 2411 Canandaigua Road where he arranged to have commercial sex workers present and available to perform commercial sex acts with **SIMPSON** and with those he invited to the parties.

4. **SIMPSON** promoted the prostitution parties via email using a Gmail account he established and controlled. In the emails, **SIMPSON** detailed how many women would be present, sometimes identifying them by first name. **SIMPSON** managed the terms of the prostitution parties via the emails, including by setting a cover charge for admission to the party, designating what rooms and other accommodations would be available, and telling prospective customers where to park, so as to not be parked too close to his house. The emails directed customers to negotiate "donations" for services directly with the "dancers".

5. In addition to the prostitution parties, **SIMPSON** promoted, established, and carried on prostitution activity at his residence at 2411 Canandaigua Road by authorizing commercial sex workers to use 2411 Canandaigua Road to meet with customers and engage in prostitution services even when he was not present. **SIMPSON** used the internet, including his Gmail account, to advertise which commercial sex workers were working out of his 2411 Canandaigua Road residence. **SIMPSON** also used the internet to inform prospective commercial sex customers what specific sex acts the commercial sex workers would perform, and in that manner, managed the prostitution activity that took place at 2411 Canandaigua Road.

## COUNT 1

**(Use of Interstate Facilities to Promote, Manage, Establish, Carry On, and Facilitate a Prostitution Enterprise)**

**The Grand Jury Charges That:**

1. The factual allegations of the Introduction are incorporated herein by reference.

2.     Between in or about 2021, and continuing through in or about December 2025, the exact dates being unknown to the Grand Jury, in the Western District of New York, the defendant **ERIC SIMPSON, a/k/a Major Hands**, did use a facility of interstate commerce, namely, the internet, with intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment, and carrying on, of an unlawful activity, namely, a business enterprise involving prostitution, in violation of the laws of the State of New York, specifically New York Penal Law § 230.00 (Prostitution), and thereafter performed and attempted to perform an act to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment, and carrying on of such unlawful activity.

**All in violation of Title 18, United States Code, Sections 1952(a)(3)(A) and 2.**

DATED: Buffalo, New York.  March 10, 2026.

                                        MICHAEL DIGIACOMO
                                        United States Attorney


                           BY:          S/CASEY L. CHALBECK
                                        CASEY L. CHALBECK
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        Western District of New York
                                        138 Delaware Avenue
                                        Buffalo, New York  14202
                                        716.843.5881
                                        Casey.Chalbeck@usdoj.gov


A TRUE BILL:

S/FOREPERSON
FOREPERSON